

# Fourth Court of Appeals
## San Antonio, Texas

April 7, 2020

No. 04-19-00886-CR

Zachariah Paul **ZECHES,**
Appellant

v.

The **STATE** of Texas,
Appellee

From the 226th Judicial District Court, Bexar County, Texas
Trial Court No. 2016CR0558
The Honorable Velia J. Meza, Judge Presiding

## O R D E R

Appellant's court-appointed attorney filed a brief and motion to withdraw pursuant to *Anders v. California*, 386 U.S. 738 (1967) asserting there are no meritorious issues to raise on appeal. Counsel certifies he served copies of the brief and motion on appellant, informed appellant of his right to review the record and file his own brief, informed appellant of his right to seek discretionary review should the court of appeals declare the appeal frivolous, and provided appellant with a form for requesting the record and explained to appellant the procedure for obtaining the record. *See Kelly v. State*, 436 S.W.3d 313, 319 (Tex. Crim. App. 2014); *Nichols v. State*, 954 S.W.2d 83 (Tex. App.—San Antonio 1997, no pet.); *Bruns v. State*, 924 S.W.2d 176, 177 n.1 (Tex. App.—San Antonio 1996, no pet.). As of the date of this order, appellant has not filed the record-request motion provided to him by his counsel.

If appellant desires to file a pro se brief, we **ORDER** that he do so **by May 22, 2020**. If appellant files a timely pro se brief, the State may file a responsive brief no later than thirty days after appellant's pro se brief is filed in this court.

We further **ORDER** the motion to withdraw filed by appellant's counsel held in abeyance pending further order of the court. *See Penson v. Ohio*, 488 U.S. 75, 80–82 (1988) (holding that motion to withdraw should not be ruled on before appellate court independently reviews record to determine whether counsel's evaluation that appeal is frivolous is sound); *Schulman v. State*, 252 S.W.3d 403, 410–11 (Tex. Crim. App. 2008) (same).

_____
Beth Watkins, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of April, 2020.

_____
MICHAEL A. CRUZ,
Clerk of Court